UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COOLERIDGE BEY BELL,

Plaintiff,

-against-

MOUNT SINAI HOSPITAL,

Defendant.

19-CV-9573 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 26, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:     November 26, 2019
           New York, New York

COLLEEN McMAHON
Chief United States District Judge